UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
UNITED STATES OF AMERICA,       :
EX REL. PETER J. BONZANI,       :
   plaintiffs,                  :
                                :
     v.                         : Civil No. 3:16cv1730(AVC)
                                :
UNITED TECHNOLOGIES CORP. and   :
PRATT & WHITNEY,                :
   defendants,                  :
```

### RULING AND ORDER

Upon consideration of the plaintiff-relator Peter J. Bonzani, Jr.'s uncontested motion to strike and any responses thereto, it is ORDERED that the motion is GRANTED. It is further ORDERED that:

1. Paragraph 38 is stricken as follows: "The PW F119 engine core shares commonality with the engines and parts for both the Air Force's F-22 Raptor fighter jet and the F-35 fighter jet engine (the F-135)."

2. Paragraph 39 is stricken as follows: "Critical parts for both the F-22 and F35 engine core—including, specifically the Integrally Bladed Rotors ("IBRS")—are manufactured at the PW plant at Middletown, Connecticut."

3. Paragraph 81 is stricken as follows: "Since the filing of the first complaint under seal, several in-flight mishaps have occurred in the PW jet engines of the Airbus A320 engine; in F-22 fighter jets and F-35 fighter engines. All of these

engines were built and inspected before release in Middletown, Connecticut."

4. Paragraph 118 is stricken as follows: "The engine core of the F119 engine includes Integrally Bladed Rotors (IBRs). The engine core for the F119 engine, including the IBR uses identical specifications, parts, manufacturing processes, test processes, and personnel is virtually identical as the F135 engine manufactured by PW."

5. Paragraph 119 is stricken in its entirety.

6. Paragraph 137 is stricken as follows: "Fraudulent testing and false certifications by PW about that testing have most likely given rise to the submission of false claims in connection with PW's performance under a number of government contracts for the manufacture of F119 engines (and F135 engines, which share a common core and IBR part and specifications)."

7. Paragraph 138 is stricken as follows: "Relator has undertaken substantial effort to obtain contractual documents and payment records relating to the Contract and other contracts for the manufacture of F119 (and F135) engines."

It is so ordered this 22nd day of October 2020 at Hartford, Connecticut.

                                             /s/
                              Alfred V. Covello
                              United States District Judge