UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER J. BONZANI, JR.
Plaintiff

v.                                                          3:16CV1730 (JAM)

UNITED TECHNOLOGIES CORPORATION,
PRATT & WHITNEY
Defendants

USA
Interested Party

## J U D G M E N T

This matter came on before the Honorable Jeffrey Alker Meyer, United States District Judge, as a result of defendants' Motion for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motion and on March 16, 2023, entered a Ruling granting the defendants' Motion.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants, and against the plaintiff, all in accordance with the Court's Ruling, and the case is closed.

Dated at New Haven, Connecticut, this 7th day of April 2023

Dinah Milton Kinney, Clerk

By /s/ Diahann Lewis

Deputy Clerk

Entered on Docket 4/7/2023